UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DE LOS SANTOS GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNADINO SHERIFF'S DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00164-JDP<br><br>ORDER TRANSFRERING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

Plaintiff Adrian De Los Santos Garcia is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.

The federal venue statute requires that a civil action, when not based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

Here, none of the defendants resides in this district, and the claim arose in San Bernardino County in the Central District of California. Therefore, plaintiff's claim should have been filed in

the United States District Court for the Central District of California.

In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  *See* 28 U.S.C. § 1406(a).  Accordingly, the court orders this matter transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:   February 9, 2020                                        /s/ Jeremy Peterson
                                                                   UNITED STATES MAGISTRATE JUDGE

No. 205.