UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-0265 SVW (PVC)                                Date:  March 9, 2020

Title      Adrian De Los Santos Garcia v. San Bernardino Sheriff's Department, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 29, 2020, Plaintiff Adrian De Los Santos Garcia, a California prisoner proceeding *pro se*, constructively filed a civil rights complaint pursuant to 42 U.S.C. § 1983. ("Complaint," Dkt. No. 1). On May 18, 2020, the Court dismissed the Original Complaint with leave to amend due to various pleading defects. ("First ODLA," Dkt. No. 9). After receiving three extensions to file an amended complaint, Plaintiff filed a First Amended Complaint on August 19, 2020. ("FAC," Dkt. No. 17).

Because the FAC did not even attempt to cure the defects in the original Complaint, the Court issued an Order Dismissing First Amended Complaint with Leave to Amend on December 8, 2020. ("Second ODLA," Dkt. No. 18). Plaintiff was required to file either a Second Amended Complaint or a notice of intention to stand on the defective First Amended Complaint by January 7, 2021 if he still wished to pursue this action. (*See id.* at 18). The Court expressly warned Plaintiff that the failure to file either a Second Amended Complaint or a notice of intention to stand on the defective FAC by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-0265 SVW (PVC)                                             Date:  March 9, 2020

Title          Adrian De Los Santos Garcia v. San Bernardino Sheriff's Department, et al.

the Court's deadline would result in a recommendation that this action be dismissed with prejudice for failure to prosecute.  (*See id.* at 20-21).

Plaintiff requested an extension on January 14, 2021, (Dkt. No. 19), which the Court granted.  (Dkt. No. 20).  The Court set February 19, 2021 as the extended deadline for Plaintiff to file a Second Amended Complaint, and again reminded Plaintiff that the failure to file a Second Amended Complaint by the Court's deadline would result in a recommendation that this action be dismissed with prejudice.  (*Id.* at 1-2).

The February 19, 2021 deadline has expired without a response from Plaintiff.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing **one** of the following documents:  (1) a Second Amended Complaint, curing the deficiencies of the First Amended Complaint; (2) a Notice of Intention to Stand on Defective First Amended Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |