JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DE LOS SANTOS GARCIA, | Case No. EDCV 20-0265 SVW (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAN BERNARDINO SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated:   February 1, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE